IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIAL GHOLAMI,<br>         Plaintiff,<br>    v.<br>OPENAI, INC., et al.,<br>         Defendants. | Case No. 26-cv-00174-CRB<br><br>**ORDER RE CASE STATUS** |

Plaintiff Danial Gholami has filed two motions that seek to reopen the case.  Dkts. 8, 9.  The Court informs Plaintiff that the case has already been reopened.  Accordingly, the motions are moot and **DENIED**.

**IT IS SO ORDERED.**

Dated: February 27, 2026

CHARLES R. BREYER
United States District Judge