UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIAL GHOLAMI,
Plaintiff,

v.

OPENAI, INC.,
Defendant.

CASE NO.: 3:26-cv-00174

PLAINTIFF'S MOTION FOR SERVICE OF PROCESS BY THE U.S. MARSHAL

Plaintiff Danial Gholami, proceeding pro se and in forma pauperis, respectfully moves this Court for an order directing the United States Marshals Service to effectuate service of the Summons and Complaint upon Defendant OpenAI, Inc., pursuant to Federal Rule of Civil Procedure 4(c)(3).

Plaintiff is currently residing in Iran under extreme financial hardship, absolute poverty, and geographical isolation, making international commercial service of process legally and financially impossible. Because Plaintiff has been granted in forma pauperis status and lacks any financial means to execute service, the Court is requested to order the Clerk to issue the Summons and forward all necessary documents, including the completed Form USM-285, to the U.S. Marshal for immediate service upon the Defendant.

Dated: June 11, 2026
Respectfully submitted,
/s/ Danial Gholami