IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIAL GHOLAMI,

          Plaintiff,

     v.

OPENAI, INC.,

          Defendant.

Case No. 26-cv-00174-CRB

**ORDER GRANTING MOTION TO EXTEND STAY**

The Court previously stayed this action for 60 days given Plaintiff's difficulties in prosecuting his case based on the ongoing hostilities in Iran. Order (dkt. 15). Plaintiff seeks an extension of the stay for an additional 60 days, as hostilities have not yet ceased. Mot. (dkt. 19). The Court **GRANTS** Plaintiff's motion. Additionally, as Plaintiff requests, the Court **DENIES** his administrative motions filed at docket entries 16–18 without prejudice.

    **IT IS SO ORDERED.**

    Dated: July 27, 2026

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California