United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIAL GHOLAMI,
Plaintiff,
v.
OPENAI, INC.,
Defendant.

Case No. 26-cv-00174-CRB

**ORDER GRANTING ADMINISTRATIVE MOTION TO LIFT STAY**

The Court had previously stayed the case based on Plaintiff's inability to prosecute his action due to ongoing hostilities in Iran. See Order Extending Stay (dkt. 20). Plaintiff now moves to lift the stay and for leave to file an amended complaint. Mot. (dkt. 21). The Court **GRANTS** the motion.

**IT IS SO ORDERED.**

Dated: August 19, 2026

CHARLES R. BREYER
United States District Judge