UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DANIAL GHOLAMI,
Plaintiff,

v.

OPENAI, INC.,
Defendant.

CASE NO.: 3:26-cv-00174-CRB

PLAINTIFF'S MOTION FOR SERVICE BY U.S. MARSHAL

TO THE HONORABLE CHARLES R. BREYER,
United States District Judge,

Plaintiff Danial Gholami, proceeding pro se and in forma pauperis, respectfully submits this Motion and states as follows:

1. Plaintiff has been granted leave to proceed in forma pauperis in this action pursuant to 28 U.S.C. § 1915.

2. Under Federal Rule of Civil Procedure 4(c)(3), when a plaintiff is authorized to proceed in forma pauperis, the Court must order that service be made by a United States Marshal or by a person specially appointed by the Court.

3. Plaintiff has prepared the required documents for service, including the Summons (attached as Exhibit 1), the First Amended Complaint (Dkt. 22), and a completed Form USM-285 (attached as Exhibit 2), all of which are ready to be forwarded to the U.S. Marshal for service upon Defendant.

4. Plaintiff is an individual residing in Iran and lacks the practical means to effect service through private process servers or other conventional methods. Service by the U.S. Marshal is therefore the only reasonable and available means for Plaintiff to properly serve the Defendant in this action.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. Issue an Order directing the United States Marshals Service to serve the Summons, the First Amended Complaint, and all accompanying documents upon Defendant OpenAI, Inc. at its principal place of business located at 3180 18th Street, San Francisco, California 94110; and

2. Waive all costs associated with such service pursuant to 28 U.S.C. § 1915(d).

Dated: 8/20/2026

Respectfully submitted,

______________________

Danial Gholami
Plaintiff, Pro Se
No. 112 Shohada Alley
Khayyam Street
Kermanshah, Iran
Email: hesdanial@gmail.com
Phone: +98912 898 3386