UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DANIAL GHOLAMI,
Plaintiff,

v.

OPENAI, INC.,
Defendant.

CASE NO.: 3:26-cv-00174-CRB

PLAINTIFF'S MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

TO THE HONORABLE CHARLES R. BREYER,
United States District Judge,

Plaintiff Danial Gholami, proceeding pro se and in forma pauperis, respectfully moves this Court for the appointment of pro bono counsel in the above-captioned action. In support thereof, Plaintiff states as follows:

1. Plaintiff has been granted leave to proceed in forma pauperis in this action pursuant to 28 U.S.C. § 1915. (Dkt. 5).

2. This case involves complex technical and legal issues, including allegations of willful copyright infringement, trade secret misappropriation, and systematic spoliation of evidence. The case concerns six interconnected AI ecosystems (NeuroLayer, LifeAI, Triple-Layer, Whistle Word AI, Whistle Tokens, and Freelancer AI) and ongoing commercial exploitation of Plaintiff's stolen intellectual property by Defendant.

3. Plaintiff is an individual residing in Iran, a region subject to persistent geopolitical instability, including armed hostilities, widespread internet shutdowns, and severe restrictions on civil liberties. The most recent internet blackout lasted approximately 80 days, during which Plaintiff was entirely unable to communicate with the Court or access the Electronic Case Filing (ECF) system.

4. As a result of Plaintiff's documented civic activities over many years, Plaintiff and individuals in similar circumstances face a heightened risk of detention or other forms of state interference, which could prevent Plaintiff from meeting critical court deadlines and continuing to prosecute this action.

5. Plaintiff suffers from a serious cardiovascular and ocular condition, which has been aggravated by the stress of the prolonged litigation and the surrounding humanitarian circumstances. Plaintiff's financial resources are severely limited, as reflected in the grant of IFP status.

6. Plaintiff's ability to effectively represent himself is further hampered by the technical complexity of the subject matter, the ongoing and rapid commercial evolution of the accused technologies, and the fact that Plaintiff is not a native English speaker.

7. Plaintiff is the sole provider for his elderly parents and has no financial means to retain private counsel. His entire family's economic future depends on the outcome of this litigation.

8. The Court has broad discretion to request pro bono representation for indigent litigants in appropriate circumstances. This case presents exceptional circumstances that warrant the appointment of pro bono counsel, including the complexity of the issues, Plaintiff's evidentiary limitations, the severe prejudice resulting from Defendant's spoliation, and the humanitarian and political barriers that threaten Plaintiff's continued ability to prosecute this action without legal assistance.

9. Plaintiff respectfully emphasizes that this request for appointment of counsel is not intended to delay or stay the proceedings, but rather to ensure that the case can proceed efficiently, justly, and in a manner that serves the interests of the Court and the parties.

WHEREFORE, Plaintiff respectfully requests that this Court issue an Order:

1. Appointing pro bono counsel to represent Plaintiff in this action, or alternatively, referring this matter to the Court's Pro Bono Panel for consideration; and

2. Granting any other relief the Court deems just and proper.

Dated: 8/20/2026

Respectfully submitted,

______________________

Danial Gholami
Plaintiff, Pro Se
No. 112 Shohada Alley
Khayyam Street
Kermanshah, Iran
Email: hesdanial@gmail.com
Phone: +98 912 898 3386