UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DANIAL GHOLAMI,
Plaintiff,

v.

OPENAI, INC.,
Defendant.

Case No.: 3:26-cv-00174-CRB

PLAINTIFF’S EMERGENCY MOTION FOR SPOLIATION SANCTIONS PURSUANT TO FED. R. CIV. P. 37(e) AND NOTICE OF DIRECT DEFIANCE OF COURT ORDERS

TO THE HONORABLE CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE,

Plaintiff Danial Gholami, proceeding pro se, respectfully moves this Honorable Court for an Emergency Order imposing evidentiary and spoliation sanctions against Defendant OpenAI, Inc. pursuant to Federal Rule of Civil Procedure 37(e).

I. INTRODUCTION & DEFIANCE OF COURT ORDERS

On January 8, 2026, this Court explicitly issued a stern warning to Defendant regarding the preservation of evidence and the duty to maintain all potentially relevant data. Despite this Court's explicit warning, and immediately following the filing of Plaintiff’s First Amended Complaint (FAC), Defendant has engaged in a calculated, systematic campaign to alter, obscure, and delete core commercial infrastructure, API documentation, and public interface links that directly log their misappropriation of Plaintiff's copyrighted works (USCO SR 1-14968937621).

This motion is not based on conjecture but on objective, third-party forensic captures obtained via Archive.today, which demonstrate a precise and deliberate timeline of evidence destruction. Plaintiff submits that Defendant's actions are a direct attempt to circumvent this Court's authority and prevent the truth from being uncovered through forensic discovery.

II. ARGUMENT: INTENTIONAL SPOLIATION TO PREVENT FORENSIC DISCOVERY

Defendant’s ongoing cleanup of active web endpoints is not routine technical maintenance. It is a bad-faith effort to cause severe prejudice to Plaintiff before the case advances to forensic discovery. By issuing a "404 Not Found" response code and dynamically rewriting historical interfaces, Defendant seeks to hide the structural and phase-by-phase implementation of Plaintiff's FreelancerAI, LifeAI, NeuroLayer, and other stolen ecosystems. This systematic removal of evidence, occurring immediately after the Court's explicit warning and the filing of the Amended Complaint, constitutes a direct and willful defiance of this Court's orders, warranting the severest sanctions under Fed. R. Civ. P. 37(e).

III. INDEX OF UNIQUE EXHIBITS

Plaintiff has compiled objective, immutable third-party forensic captures (via Archive.today) demonstrating the precise timeline of Defendant's evidence destruction, mapped directly against the screenshots attached hereto:

CATEGORY A: THE JAN-FEB SPOLIATION (POST-JANUARY 8 COURT WARNING)

EXHIBIT S-1 (Lg: chatgpt.com)
- Screenshot Reference: Screenshot No. 1

- URL: https://chatgpt.com/veterans-claim

- Technical Context: Demonstrates that this active interface—which deployed the agent-less direct-to-service commerce model stolen from Plaintiff’s LifeAI ecosystem—was active in January 2026 but immediately scrubbed into a "404 Not Found" error page in February 2026, directly violating the Court's preservation mandate.

CATEGORY B: THE AUGUST CLEANUP (IMMEDIATELY POST-AMENDED COMPLAINT)

EXHIBIT S-2 (Lg: openai.com)
- Screenshot Reference:Screenshot No. 2
- URL: https://platform.openai.com/agent-builder

- Technical Context: Captures the total physical removal and 404 status of the Agent Builder backend, which replicated Plaintiff's FreelancerAI workflow-chaining model.

EXHIBIT S-3 (Lg: openai.com)
- Screenshot Reference: Screenshot No. 3
- URL: https://platform.openai.com/assistants
- Technical Context: Captures the official announcement and sunsetting of the Assistants infrastructure, executing a forced migration to the Responses API to obscure the historical multi-agent routing stolen from Plaintiff's architecture.

EXHIBIT S-4 (Lg: openai.com)
- Screenshot Reference: Screenshot No. 4
- URL: https://developers.openai.com/api/docs/guides/docs/guides/conversation-state?api-mode=responses#using-the-conversations-api

- Technical Context:Documented deletion of state-management guides that previously logged automated, non-prompted JSON schema outputs matching Exhibit R.

EXHIBIT S-5 (Lg: openai.com)
- Screenshot Reference:Screenshot No. 5

- URL: https://academy.openai.com/public/certificate/eolul9gi3j

- Technical Context: Sudden 404 deletion of the centralized Academy certificate registry to destroy trails of the localized educational infrastructure stolen from Plaintiff’s framework.

EXHIBIT S-6 (Lg: openai.com)
- Screenshot Reference: Screenshot No. 6

- URL: https://academy.openai.com/public/certificate/alip1js7ts

- Technical Context: Additional 404 deletion validating a widespread removal of the Academy database layer.

EXHIBIT S-7 (Lg: openai.com)
- Screenshot Reference:Screenshot No. 7
- URL: https://academy.openai.com/home/clubs/k-12-aacga/forum

- Technical Context: Deletion of the educational K-12 forum boards following specific alignment callouts in Plaintiff’s pleadings.

EXHIBIT S-8 (Lg: openai.com)
- Screenshot Reference: Screenshot No. 8

- URL: https://developers.openai.com/api/docs/guides/latest-model

- Technical Context: Demonstrates dynamic page-rewriting mechanics using transient URL parameters to conceal the integration of Plaintiff's NeuroLayer cognitive phases from standard web crawlers.

EXHIBIT S-9 (Lg: openai.com)
- Screenshot Reference: Screenshot No. 9

- URL: https://developers.openai.com/api/docs/guides/latest-model

- Technical Context: Duplicate link confirmation demonstrating the systemic nature of the content alteration.

IV. CONCLUSION & PRAYER FOR RELIEF

The objective data proves that Defendant continues to destroy evidence in direct defiance of this Court's warnings. Plaintiff respectfully requests that the Court:

1. Issue evidentiary sanctions under Rule 37(e) against Defendant OpenAI, Inc. for its willful spoliation of evidence; and

2. Order immediate, expedited forensic discovery of Defendant's underlying server repositories, code hash logs, and internal communications to preserve the truth and uncover the full scope of the misappropriation.

WHEREFORE, Plaintiff prays that this Court grant all such other and further relief as the Court deems just and proper.

Dated: August 28, 2026

Respectfully submitted,

______________________

Danial Gholami,

Plaintiff Pro Se

No. 112 Shohada Alley
Khayyam Street
Kermanshah, Iran

Email: hesdanial@gmail.com

hesdany@proton.me

Phone: +98 912 898 3386