UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIAL GHOLAMI,

Plaintiff,

v.

OPENAI, INC.,

Defendant.

Case No. 3:26-cv-00174-CRB

**ORDER STAYING PROCEEDINGS**

Re: Dkt. No. 25

The Court granted Plaintiff's Motion for Appointment of Counsel (dkt. 25). See Order (dkt. 28). On the advice of the Federal Pro Bono Project about the typical wait to locate counsel, the Court now stays all proceedings in this action until four weeks from the date of this order.

IT IS SO ORDERED.

Dated: September 11, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California