United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIAL GHOLAMI,
Plaintiff,

v.

OPENAI, INC.,
Defendant.

Case No. 26-cv-00174-CRB

**ORDER GRANTING LEAVE TO AMEND**

Plaintiff Danial Gholami moved for leave to file a second amended complaint on September 6, 2026. Mot. for Leave to File Second Am. Compl. (dkt. 27). Shortly thereafter, this Court granted Plaintiff's motion directing service and appointing counsel. Order (dkt. 28). Plaintiff has since filed notice requesting clarification about which complaint is operative and covered by the order directing service. Notice (dkt. 32). To remove any confusion, this Court GRANTS the motion for leave to file a second amended complaint. The clerk's office has already been instructed to serve Defendant with the second amended complaint, so no further service is necessary at this time. To accommodate the continuing efforts to locate counsel for Mr. Gholami, the Court extends its prior stay of the case to four weeks from the date of this order.

**IT IS SO ORDERED.**

Dated: October 5, 2026

CHARLES R. BREYER
United States District Judge