United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIAL GHOLAMI,
Plaintiff,

v.

OPENAI, INC.,
Defendant.

Case No. 26-cv-00174-CRB

**ORDER STAYING CASE**

Plaintiff moved for an extension to the stay of this case, given the risk of an imminent internet blackout in Iran. Motion (dkt. 40). To accommodate this risk, and to allow for further time to locate counsel for Plaintiff, the Court extends its prior stay of this case to four weeks from the date of this order.

**IT IS SO ORDERED.**

Dated: October 27, 2026

CHARLES R. BREYER
United States District Judge